### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JIFFYSHIRTS.COM, (US) LP, | : | |
| | : | CASE NO.: |
| Plaintiff, | : | |
| | : | JUDGE |
| v. | : | |
| | : | **DEMAND FOR JURY TRIAL** |
| | : | |
| SHIRTWHOLESALER.COM, INC. d/b/a | : | |
| BULKAPPAREL.COM, | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

Plaintiff JiffyShirts.com, (US) LP ("Jiffy"), for its Complaint against Defendant Shirtwholesaler.com, Inc. ("BulkApparel.com"), states as follows:

## PARTIES

1.      Plaintiff Jiffy is a limited partnership organized under the laws of Delaware, with its principal place of business at 100 N. West St., Suite 1200 Wilmington, Delaware 19801, and is a leading online retailer of wholesale and bulk apparel throughout the United States, including in this District.

2.      Defendant Bulkapparel.com is a corporation organized under the laws of California, with its principal place of business at 2244 Faraday Ave., Suite 102, Carlsbad, CA 92008, operating the website www.bulkapparel.com and transacting substantial business within this District.

## JURISDICTION AND VENUE

3.      This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Lanham Act, 15 U.S.C. § 1125(a). The Court has supplemental jurisdiction over related state law claims under 28 U.S.C. § 1367.

4.      Venue is proper in this District under 28 U.S.C. § 1391(b) because Bulkapparel.com transacts business in this District, targets customers in this District, and a substantial part of the events or omissions giving rise to these claims occurred here.

## FACTUAL ALLEGATIONS

### I.      Jiffy's Business and Reputation

5.      Having launched over a decade ago, Jiffy offers a wide selection of wholesale blank apparel from major brands with fast shipping, competitive prices, and a reputation for quality and customer service throughout the United States.

6.      Jiffy's customers include creators, makers, and entrepreneurs. Jiffy helps them bring their ideas to life with quality products and materials to express their craft and grow their businesses.

7.      Jiffy also has created a strong following on major social media platforms in working with creative people to provide them with a canvas to exert their creativity, using hashtags such as #createwithjiffy.

8.      Jiffy has invested substantial resources in building its goodwill, brand identity, and customer relationships.

### II.      Bulkapparel.com's First False Advertisement Against Jiffy

9.      After Jiffy successfully entered the marketplace and built up its goodwill and brand identity, Bulkapparel.com began its directly competing business against Jiffy, selling bulk blank apparel on its website www.bulkapparel.com.

10.      Instead of competing fairly, Bulkapparel.com published on its website a first prominent—and false—advertisement entitled "The Ultimate Showdown—BulkApparel vs Competitor" shown below:

2

| los | Womens | Kids | Athletics | Workwear | Jackets | Hats | Bags | More | Shop Brands | Shop by Colors |

upport    Register    Track your order



Are you in search of the ultimate destination for all your bulk apparel needs? Look no further than BulkApparel, where excellence meets affordability. In this comprehensive comparison between BulkApparel and Jiffy Shirts, we'll delve into the factors that make BulkApparel the superior choice.

**1. Vast Selection:** BulkApparel boasts an unparalleled range of clothing options, from basic essentials to trendy fashion pieces. Whether you're a business owner looking to outfit your team or an individual shopper seeking the latest styles and brands, BulkApparel offers an extensive catalog that caters to diverse tastes and preferences.

**2. Competitive Pricing:** When it comes to value for your money, BulkApparel takes the lead. Our pricing is not only highly competitive but also transparent. No hidden fees, no surprises – just unbeatable deals that let you stretch your budget further without compromising on quality.

**3. Quality Assurance:** At BulkApparel, we understand that quality matters most. Our commitment to excellence is reflected in the products we offer. We source our apparel from trusted manufacturers, ensuring that each item meets stringent quality standards. You can shop with confidence, knowing that you're getting durable and comfortable clothing.

**4. Exceptional Customer Service:** We pride ourselves on providing top-notch customer service. Our team is dedicated to assisting you every step of the way, from choosing the right products to addressing any inquiries or concerns. Your satisfaction is our priority.

**5. Quick and Reliable Shipping:** Time is of the essence, especially when it comes to bulk orders. BulkApparel ensures prompt and reliable shipping, so you get your apparel when you need it. Say goodbye to unnecessary delays and hello to efficient service.

**7. Sustainability Commitment:** We're passionate about sustainability. BulkApparel offers eco-friendly options, including organic and recycled materials. Join us in making a positive impact on the environment by choosing responsible apparel solutions.

When comparing BulkApparel to Jiffy Shirts, the choice is clear. BulkApparel excels in selection, pricing, quality, customer service, shipping, and sustainability. Whether you're outfitting a team, planning an event, or simply upgrading your wardrobe, BulkApparel is your one-stop shop for all things apparel.

Don't settle for less; choose BulkApparel and experience the difference today. Elevate your apparel shopping to a whole new level of convenience, quality, and value. Shop smart, shop with confidence – choose BulkApparel.

("First False Advertisement").

11.    The First False Advertisement repeatedly identifies Jiffy, as Jiffy Shirts, by name.

12.    BulkApparel goes so far as to state "[w]hen comparing to BulkApparel to Jiffy Shirts, the choice is clear. BulkApparel excels in selection, pricing, quality, customer services shipping and sustainability."

13.    BulkApparel had full access to Jiffy's website, which provided accurate and readily available data about Jiffy's products, pricing, and services. This information was available and easily verifiable to BulkApparel prior to the publication of its false and misleading comparative advertising claims.

3

14.     BulkApparel either reviewed Jiffy's website or deliberately ignored it before disseminating its comparative advertising claims. In either case, BulkApparel had the means to confirm or disprove the statements it made about Jiffy, yet it chose instead to publish assertions without any factual support.

15.     BulkApparel's comparative advertisement did not cite to any objective facts, data, or credible sources to substantiate its claims. Rather, BulkApparel presented conclusory and misleading statements as though they were verified truths, leaving consumers with no ability to confirm their accuracy. By doing so, BulkApparel failed to exercise even the most basic diligence in substantiating its representations.

16.     Such conduct is not merely careless; it is misleading to consumers, who are entitled to assume that comparative advertising is based on verifiable facts rather than conjecture or fabrication. When presented with side-by-side comparisons, consumers reasonably rely on the truthfulness of those representations to inform their purchasing decisions. BulkApparel's unsupported claims therefore distort consumer behavior, steering potential customers away from Jiffy under false pretenses.

17.     The harm to Jiffy is immediate and significant. By disseminating false and unsubstantiated claims, BulkApparel has not only misled consumers but has unfairly diverted sales, damaged Jiffy's goodwill, and eroded consumer trust. These injuries flow directly from BulkApparel's failure to conduct any meaningful review or verification before making its claims public.

**A.      The facts BulkApparel ignores show Jiffy has at least the same "vast selection" and "unparalleled range" of apparel that BulkApparel has.**

18.     The First False Advertisement states that "BulkApparel boasts an unparalleled range of clothing options . . ." and that "BulkApparel excels in selection" in comparison to Jiffy.

4

19. These statements are false and misleading because Jiffy offers a broader or as broad catalog, including more styles and colors across multiple brands than BulkApparel.

20. For instance, the following table lists the thirty-two categories that BulkApparel claims it sells products in on its website, and it then shows products that Jiffy sells in that category.

| BulkApparel Category | Jiffy Product It Sells in that Category |
|---|---|
| T-Shirt |  |
| Sweatshirts |  |
| Polos |  |
| Ladies |  |

| BulkApparel Category | Jiffy Product It Sells in that Category |
|---|---|
| Kids |  |
| Athletics |  |
| Workwear |  |
| Jackets |  |
| Hats |  |
| Hoodies |  |

6

| BulkApparel Category | Jiffy Product It Sells in that Category |
|---|---|
| Facemask | |
| Bags | |
| Blankets | |
| Camouflage | |
| Loungewear | |
| Onesies | |



| BulkApparel Category | Jiffy Product It Sells in that Category |
|---|---|
| Packables |  |
| Scoop Neck | |
| Thumbholes | |
| Tie Dyed | |
| Towels | |
| Longsleeve T-Shirts | |

| BulkApparel Category | Jiffy Product It Sells in that Category |
|---|---|
| Spiritwear |  |
| Sweatpants | |
| V-neck | |
| Crop tops | |
| Shorts | |
| 100% Polyester | |
| Unisex | |

**B.      Jiffy's pricing is at least as competitive and as transparent as – if not better than – BulkApparel.**

21.      BulkApparel's First False Advertisement next states that "[o]ur pricing is not only highly competitive but also transparent. No hidden fees, no surprises" and that "BulkApparel excels in . . . pricing" in comparison to Jiffy.

22.      These statements are false and misleading because Jiffy does not impose hidden fees, offers transparent and often lower pricing than BulkApparel.com's own listed prices for many identical items.

23.      For instance, Jiffy recently sold a white hoodie—made from the same Gildan 8.0 oz fabric—as BulkApparel.com. However, BulkApparel.com was charging a higher price of $11.45 per hoodie as compared to Jiffy's price of $11.32.



24.      Further, Jiffy does not impose any hidden fees as shown by this checkout total from Jiffy, which actually includes a bulk discount, as shown below:

36636195.1

**Order Total**

| | |
|---|---:|
| Product Total: | $1,150.00 |
| Bulk Discount: | - $75.00 |
| New Product Total: | $1,075.00 |
| Shipping: | $9.95 |
| Shipping Discount: | -$9.95 |
| Applicable Sales Tax: | $86.00 |
| **Total:** | **$1,161.00** |

Because a customer can see the costs, discounts, taxes, and total on Jiffy's website before purchase, Jiffy does not engage in any "hidden fees" or "surprises" regarding pricing as BulkApparel falsely claims in its advertising.

> **C.**    **Jiffy's product shipping is every bit as good as – if not better than – BulkApparel.**

25.    BulkApparel's First False Advertisement next falsely states that "BulkApparel ensures prompt and reliable shipping, so you get your apparel when you need it," and that "BulkApparel excels in . . . shipping" in comparison to Jiffy.

26.    These statements are false and misleading because it implies Jiffy does not provide prompt and reliable shipping, but that BulkApparel does. In fact, Jiffy offers same-day shipping on most orders with high customer satisfaction ratings.

27.    For instance, Jiffy can deliver an order for 100 shirts in one day as shown below.



28.    BulkApparel.com advertises shipping within "1 to 3 business days," as shown below, which is potentially two days longer a wait for the same product than Jiffy.

All orders over $79 Get **Free Shipping** (usually delivered in 1 to 3 business days) Order below $79, shipping fee starts at $6.85

11

29.     Also, Jiffy offers free shipping on orders starting at $59 if a customer has an account, as shown below.

"**Ships From Jiffy**" items

These items ship from **Jiffy.com** and have discounted shipping rates. **Create an account** with us for even better shipping discounts!

| Cart Total | Shipping Rate |
|---|---|
| Cart Total $59.00 & Over With Account | FREE SHIPPING! |
| Cart Total $79.00 & Over | FREE SHIPPING! |
| Under $79.00 | Ships for $4.95 and up |

30.     By contrast, BulkApparel.com only offers free shipping once a customer orders at least $79 of product.

**Free Shipping on Orders Over $79**

Enjoy **FREE SHIPPING** when your order totals **$79** or more

We're committed to delivering value and convenience, which is why most orders are shipped the **same day** and arrive within **1 to 3 business days***.

For Fast Delivery Our warehouses are located strategically across the U.S.
Arizona, California, Florida, Georgia, Illinois, Kansas, Massachusetts, Minnesota, Nevada, New Jersey, Ohio, Pennsylvania, Texas, Virginia, Washington and more

31.     Thus, BulkApparel.com does not offer superior shipping to Jiffy because Jiffy ships products as fast or faster than BulkApparel.com and because Jiffy offers free shipping at lower order costs than BulkApparel.com.

**D.      Jiffy's manufacturers and suppliers for its products are the same as or better than those BulkApparel uses.**

32.     The First False Advertisement then states that "[w]e source our apparel from trusted manufacturers, ensuring that each item meets stringent quality standards" and that "BulkApparel excels in . . . quality" in comparison to Jiffy.

33.     These statements are false and misleading because Jiffy offers products of the same or better quality than BulkApparel.com from the same or better manufacturers.

34.     For instance, as shown above, Jiffy and BulkApparel.com both offer products made from the same Gildan fabric.

12

35.     Further, Jiffy and BulkApparel both offer products made from fabrics from brands such as Hanes, Champion, Fruit of the Loom, and Port & Company.

**E.     Jiffy's customer service hours are better than BulkApparel's.**

36.     The First False Advertisement states that "[w]e pride ourselves on providing top-notch customer service and that "BulkApparel excels in . . . customer service" in comparison to Jiffy.

37.     These statements are false and misleading because Jiffy offers customers highly regarded customer service that is responsive for more hours per week.

38.     As shown below, a customer can chat with Jiffy's customer service team twenty-four hours a day during the week and throughout the day on weekends.

39.     By contrast, BulkApparel.com's call center is only available from 10 A.M. to 6 P.M. on weekdays and not available at all on weekends. Further, if a customer sends a message, BulkApparel.com will respond "the next business day if request is made after operating hours."

| Jiffy vs. BulkApparel.com's Customer Service Hours | |
|---|---|
| Jiffy's Customer Service | BulkApparel's Customer Service is more limited |
| Customer Service<br><br>**Monday - Friday**<br>Email: 24 hours<br>Chat: 24 hours<br><br>**Saturday - Sunday**<br>Email: 8AM - 5PM EST<br>Chat: 8AM - 4PM EST | **Mailing Address**<br>BulkApparel.com<br>2244 Faraday Avenue #102<br>Carlsbad, CA, 92008<br><br>**Call Center**<br>Our call center is located at<br>2244 Faraday Avenue #102<br>Carlsbad, CA, 92008<br><br>This is our call center, we have no showrooms. There are no customer pickups.<br><br>Phone hours: Monday to Friday 10am to 6pm EST(7am to 3pm PST) |

**F.     Jiffy provides at least the same "eco-friendly" options as does BulkApparel**

40.     The First False Advertisement states that "BulkApparel offers eco-friendly options, including organic and recycled materials" and that "BulkApparel excels in . . . sustainability."

41.     These statements are false and misleading because Jiffy offers clothes made from the same organic and sustainable materials as BulkApparel.com.

13

42.     For instance, both Jiffy and BulkApparel.com sell organic and recycled clothes from the brand e-conscious.



### III.   Bulkapparel.com's Second False Advertisement Against Jiffy

43.     Bulkapparel.com also created a second false and misleading advertisement on its website against Jiffy, as shown below.



("Second False Advertisement").

44.     The Second False Advertisement again identifies Jiffy as "Jiffy Shirts" by name, and BulkApparel identifies what it claims to be an "in-depth comparison with Jiffy Shirts" and "why BulkApparel stands out."

45.     This statement is false and misleading because the comparison is not "in-depth" and, as shown above, BulkApparel.com does not stand out in any of the categories that it claims in the False Advertisement.

46.     The Second False Advertisement states that "BulkApparel provides a wide range of options for business and individuals alike."

47.     This statement is false and misleading because, as shown above, Jiffy offers a selection that is just as wide ranging as BulkApparel.com.

48.     The Second False Advertisement states that BulkApparel.com offers "Unbeatable Prices – Enjoy competitive, transparent pricing with no hidden fees, ensuring maximum value for your budget."

49.     This statement is false and misleading because, as shown above, Jiffy offers pricing that lacks hidden fees and is transparent.

50.     This statement is also false and misleading because, as shown above, Jiffy offers similar or more competitive pricing than BulkApparel.com.

51.     This statement is also false because Jiffy offers pricing that is lower than BulkApparel.com and thus "beats" its "unbeatable" prices.

52.     The Second False Advertisement states that "[o]ur apparel comes from trusted manufacturers, guaranteeing durability, comfort, and superior craftsmanship."

15

53.     This statement is false and misleading because, as shown above, Jiffy offers products made from the same fabrics as BulkApparel.com

54.     The Second False Advertisement states that "[o]ur dedicated support team is here to help with product selection, orders, and any concerns."

55.     This statement is false and misleading because, as shown above, Jiffy's customer service team is available to customers for more hours per week than BulkApparel.com.

56.     The Second False Advertisement states that "BulkApparel ensures quick delivery, so you receive your order when you need it."

57.     This statement is false and misleading because, as shown above, Jiffy offers shipping that is as fast or faster than BulkApparel.com.

58.     The Second False Advertisement states that customers can "Shop eco-friendly apparel made from organic and recycled materials to support a greener future."

59.     This statement is false and misleading because, as shown above, Jiffy offers products made from the same sustainable materials as BulkApparel.com.

60.     BulkApparel's Second False Advertisement states that "BulkApparel leads in selection, pricing, quality, service, and sustainability."

61.     This statement is false and misleading because, as shown above, BulkApparel.com does not "lead" in any of the categories the False Advertisement highlights.

62.     BulkApparel had full access to Jiffy's website prior to preparing its Second False Advertisement, which provided accurate and readily available data about Jiffy's products, pricing, and services. This information was publicly available and easily verifiable prior to the publication of BulkApparel's comparative advertising claims.

63.     BulkApparel either reviewed Jiffy's website or deliberately ignored it before disseminating its Second False Advertisement. In either case, BulkApparel had the means to confirm or disprove the statements it made about Jiffy, yet it chose instead to publish assertions without any factual support.

64.     BulkApparel's Second Fals Advertisement did not cite to any objective facts, data, or credible sources to substantiate its claims. Rather, BulkApparel presented conclusory and misleading statements as though they were verified truths, leaving consumers with no ability to confirm their accuracy. By doing so, BulkApparel failed to exercise even the most basic diligence in substantiating its representations.

65.     Such conduct is not merely careless; it is misleading to consumers, who are entitled to assume that comparative advertising is based on verifiable facts rather than conjecture or fabrication. When presented with side-by-side comparisons, consumers reasonably rely on the truthfulness of those representations to inform their purchasing decisions. BulkApparel's unsupported claims in its Second False Advertisement therefore distort consumer behavior, steering potential customers away from Jiffy under false pretenses.

66.     The harm to Jiffy is immediate and significant. By disseminating false and unsubstantiated claims, BulkApparel has not only misled consumers but has unfairly diverted sales, damaged Jiffy's goodwill, and eroded consumer trust. These injuries flow directly from BulkApparel's failure to conduct any meaningful review or verification before making its claims public.

## IV.     BulkApparel's Deceptive Use of Jiffy's Name and False Comparative Claims in Online Search Results to Mislead Consumers and Divert Sales

67.     BulkApparel strategically uses Jiffy's name and its false comparative claims in online advertising so that those claims appear in Google and other search engine results when

17

36636195.1

consumers search for Jiffy. This tactic ensures that consumers looking for Jiffy are instead confronted with misleading claims designed to divert their attention to BulkApparel, as shown below:



68.     By doing so, BulkApparel deliberately capitalizes on Jiffy's reputation and consumer goodwill while presenting unverified and false assertions suggesting BulkApparel is superior. In reality, the very information BulkApparel had access to—but ignored—demonstrates that Jiffy provides equal or superior products, pricing, and services.

69.     This search-engine manipulation is not a neutral marketing practice; it is a deceptive bait-and-switch designed to mislead consumers at the critical moment they are making purchasing decisions. BulkApparel knew or should have known that consumers who encounter its ads in response to searches for "Jiffy" would reasonably assume that the representations therein were true and substantiated.

70.     BulkApparel's conduct is especially harmful because consumers are deprived of the ability to make informed decisions based on accurate information. Instead of evaluating Jiffy's offerings on their merits, consumers are misled into believing BulkApparel offers a superior alternative, when in fact BulkApparel's claims lack any factual support.

71.     The natural and foreseeable consequence of this misconduct is that consumers are diverted away from Jiffy under false pretenses, leading to lost sales, erosion of Jiffy's brand value,

and damage to consumer trust. BulkApparel's failure to conduct even the most basic diligence before publishing its claims underscores the bad-faith nature of its advertising practices.

72.     BulkApparel's misuse of Jiffy's name and false claims in online search results is a calculated and improper attempt to lure consumers through deception, rather than competition on the merits. This conduct distorts the marketplace, undermines fair competition, and inflicts immediate and irreparable harm on Jiffy.

73.     Bulkapparel.com has provided no facts, analysis, study or other prior substantiation to support its false and misleading statements.

**V.      Bulkapparel.com's Adwords Trademark Infringement**

74.     Bulkapparel.com has purchased Google Adwords using Jiffy's trademarked name "Jiffy Shirts" as a keyword, causing Bulkapparel.com's sponsored links to appear when consumers search for "Jiffy Shirts."

75.     Such use is likely to cause confusion, mistake, or deception as to the affiliation, connection, or association of Bulkapparel.com with Jiffy and constitutes trademark infringement and unfair competition under the Lanham Act and Ohio law.

## CAUSES OF ACTION

### COUNT I

*False Advertising (15 U.S.C. § 1125(a))*

76.     Jiffy realleges and incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

77.     Bulkapparel.com made false and misleading statements of fact in commercial advertising about its products and services and competitor Jiffy's products and services, which are material and likely to influence purchasing decisions by consumers.

78.     Bulkapparel.com's statements have deceived, or are likely to deceive, consumers into believing Bulkapparel.com offers superior products and services when that is untrue, causing injury to Jiffy.

79.     BulkApparel's conduct constitutes false advertising under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). To state a claim under the Lanham Act, a plaintiff must show: (1) a false or misleading statement of fact; (2) in commercial advertising or promotion; (3) that deceives or has a tendency to deceive a substantial segment of its audience; (4) the deception is material in that it is likely to influence purchasing decisions; (5) the defendant caused its false or misleading statement to enter interstate commerce; and (6) the plaintiff has been or is likely to be injured as a result.

80.     BulkApparel's comparative advertisements meet every element of this standard.

81.     _False or Misleading Statement of Fact_: BulkApparel's advertising contains express and implied falsehoods about Jiffy's products and services, presented as verified comparisons despite a complete lack of substantiation.

82.     _Commercial Advertising or Promotion_: The false claims were made in BulkApparel's online advertising campaigns, including Google search engine results, plainly intended to promote BulkApparel's business.

83.     _Deception of a Substantial Segment of Consumers_: By appearing in consumer searches for Jiffy, BulkApparel's ads deceive ordinary purchasers into believing BulkApparel offers superior goods or services when, in fact, the opposite is true.

84.     _Materiality_: These false claims are material because they strike at the heart of consumer purchasing decisions—price, product quality, and reliability—and are designed to divert customers actively seeking Jiffy.

85. *Interstate Commerce*: BulkApparel's advertising was disseminated through the internet and search engines across state lines, thereby entering interstate commerce.

86. *Injury to Jiffy*: BulkApparel's conduct has diverted sales, damaged Jiffy's goodwill, and eroded consumer trust, causing both immediate and irreparable competitive harm.

87. Accordingly, BulkApparel's misuse of Jiffy's name and false comparative claims is precisely the type of conduct the Lanham Act prohibits. It distorts the competitive marketplace, misleads consumers at the point of decision-making, and unfairly harms a competitor who has played by the rules.

## COUNT II

### Trademark Infringement and
### Unfair Competition (15 U.S.C. § 1125(a))

88. Jiffy realleges and incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

89. Bulkapparel.com's unauthorized use of Jiffy's trademark as Adwords keywords constitutes infringement and unfair competition, creating confusion as to sponsorship or affiliation.

90. Jiffy realleges and incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

91. Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), prohibits any false designation of origin, false or misleading description of fact, or false or misleading representation of fact in commercial advertising or promotion that is likely to cause confusion or mistake, or to deceive as to the affiliation, connection, or association of one person with another, or as to the origin, sponsorship, or approval of goods, services, or commercial activities by another.

92. BulkApparel has engaged in unfair competition within the meaning of the Lanham Act by using Jiffy's name and brand in online advertising and search engine results in a manner

21

calculated to confuse and mislead consumers into believing that BulkApparel's products are affiliated with, sponsored by, or superior to Jiffy's products.

93.     BulkApparel's use of Jiffy's name and false comparative claims constitutes a false designation of origin and a misleading representation of fact. By deliberately invoking Jiffy's brand in its online marketing while disseminating false comparative statements, BulkApparel has created and perpetuated consumer confusion regarding the relationship between Jiffy and BulkApparel.

94.     BulkApparel's conduct is likely to cause, and upon information and belief has caused, consumers to mistakenly believe that Jiffy has endorsed, sponsored, or is otherwise affiliated with BulkApparel, or that BulkApparel's offerings are objectively superior when, in fact, they are not.

95.     Such confusion is material to consumer purchasing decisions. Consumers seeking Jiffy products are diverted at the point of search to BulkApparel's misleading advertisements, thereby depriving consumers of truthful information and steering them toward BulkApparel's goods under false pretenses.

96.     BulkApparel's conduct was willful, intentional, and undertaken in bad faith, with the purpose of capitalizing on Jiffy's goodwill and consumer reputation while unlawfully diverting sales and damaging Jiffy's business.

97.     As a direct and proximate result of BulkApparel's unfair competition, Jiffy has suffered and continues to suffer irreparable harm, including but not limited to lost sales, damage to its reputation, and erosion of consumer trust, for which there is no adequate remedy at law.

98.     Pursuant to 15 U.S.C. § 1116 and § 1117, Jiffy is entitled to injunctive relief, disgorgement of BulkApparel's profits, damages sustained by Jiffy, treble damages, costs of this action, and reasonable attorneys' fees.

36636195.1

## COUNT III

### Deceptive Trade Practices
### (Ohio Rev. Code § 4165.01 et seq.)

99.     Jiffy realleges and incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

100.    Bulkapparel.com's false and misleading advertising constitutes deceptive trade practices under Ohio law, including representations that its goods are of a particular standard or quality when they are not.

101.    The Ohio Deceptive Trade Practices Act ("ODTPA"), Ohio Rev. Code § 4165.02, prohibits, among other things, causing likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services; representing that goods or services have characteristics, uses, or benefits they do not have; disparaging the goods, services, or business of another by false or misleading representation of fact; and engaging in any other conduct which similarly creates a likelihood of confusion or misunderstanding.

102.    BulkApparel has violated the ODTPA by engaging in conduct including, but not limited to:

a. Causing a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of its goods and services by deliberately using Jiffy's name and brand in online advertising and search results;

b. Representing that its goods or services have qualities, characteristics, and benefits they do not have by publishing unsubstantiated and false comparative claims suggesting superiority over Jiffy;

c. Disparaging Jiffy's goods and services by false or misleading representations of fact; and

23

d. Otherwise engaging in conduct that has created, and continues to create, a likelihood of consumer confusion and misunderstanding.

103.   BulkApparel's violations of the ODTPA were willful, intentional, and undertaken in bad faith, with the purpose of misleading consumers, unfairly diverting sales, and capitalizing on Jiffy's goodwill and reputation.

104.   As a direct and proximate result of BulkApparel's deceptive trade practices, Jiffy has suffered, and will continue to suffer, irreparable harm, including but not limited to lost sales, loss of goodwill, erosion of consumer trust, and damage to its reputation.

105.   Jiffy has no adequate remedy at law for these injuries. Monetary damages alone cannot fully redress the harm caused by BulkApparel's ongoing deceptive conduct.

106.   Pursuant to Ohio Rev. Code § 4165.03(A)(1), Jiffy is entitled to injunctive relief prohibiting BulkApparel from engaging in the deceptive practices described herein. In addition, pursuant to § 4165.03(B), Jiffy seeks its costs and attorneys' fees due to BulkApparel's willful violations of the ODTPA.

## COUNT IV
### *Unfair Competition (Ohio Common Law)*

107.   Jiffy realleges and incorporates by reference the allegations set forth in the preceding paragraphs as though fully set forth herein.

108.   Bulkapparel.com's conduct constitutes unfair competition under Ohio common law by misleading consumers and diverting business from Jiffy through false and disparaging comparative statements.

109.   Under Ohio common law, unfair competition includes all dishonest or fraudulent rivalry in trade and commerce, including conduct that deceives the public, misappropriates the reputation or goodwill of another, or unfairly diverts trade.

110.    BulkApparel has engaged in unfair competition within the meaning of Ohio common law by deliberately using Jiffy's name and brand in online search results and comparative advertising in order to mislead consumers and divert sales from Jiffy to itself.

111.    BulkApparel's actions, including publishing false and misleading comparative claims and manipulating search engine advertising to intercept consumers searching for Jiffy, constitute dishonest and fraudulent business practices designed to misappropriate Jiffy's goodwill and reputation.

112.    BulkApparel's conduct has deceived, and is likely to continue deceiving, consumers into believing that BulkApparel's goods and services are endorsed by, affiliated with, or superior to Jiffy's offerings when, in fact, they are not.

113.    The natural and probable effect of BulkApparel's conduct is to divert trade from Jiffy to BulkApparel under false pretenses, thereby interfering with Jiffy's prospective business relationships and damaging Jiffy's competitive standing in the marketplace.

114.    BulkApparel's unfair competition was willful, intentional, and carried out in bad faith, with the purpose of injuring Jiffy's business, capitalizing on Jiffy's established reputation, and unlawfully capturing Jiffy's customers.

115.    As a direct and proximate result of BulkApparel's wrongful conduct, Jiffy has sustained and will continue to sustain irreparable harm, including but not limited to lost sales, loss of goodwill, damage to its reputation, and erosion of consumer trust.

116.    Jiffy has no adequate remedy at law for these injuries, and injunctive relief is necessary to prevent further harm.

## **PRAYER FOR RELIEF**

WHEREFORE, Jiffy requests judgment against Bulkapparel as follows:

*A. Preliminary and Permanent Injunctive Relief*

Enjoining BulkApparel.com, its officers, agents, servants, employees, attorneys, and all persons acting in concert or participation with it, from:

a. Publishing, disseminating, or otherwise using any false or misleading comparative advertisements referencing Jiffy or Jiffy's products or services;

b. Using Jiffy's trademarks, trade name, or any confusingly similar terms as keywords, metatags, or in any online advertising, including Google AdWords, for the purpose of diverting consumer traffic;

c. Making any unsubstantiated claims comparing BulkApparel's goods or services to those of Jiffy; and

d. Engaging in any other acts of unfair competition, false advertising, or deceptive trade practices in violation of federal or Ohio law.

*B. Monetary Relief*

Awarding Jiffy all damages it has sustained as a result of BulkApparel.com's unlawful conduct, including but not limited to lost profits, loss of goodwill, and damage to its reputation;

Ordering BulkApparel.com to disgorge and account for all profits wrongfully obtained through its false advertising, unfair competition, and deceptive trade practices pursuant to 15 U.S.C. § 1117 and Ohio Rev. Code § 4165.03; and

Awarding treble damages for BulkApparel.com's willful and intentional violations of the Lanham Act, the Ohio Deceptive Trade Practices Act, and Ohio common law.

*C. Attorneys' Fees and Costs*

Awarding Jiffy its reasonable attorneys' fees, expenses, and costs of suit pursuant to 15 U.S.C. § 1117(a), Ohio Rev. Code § 4165.03(B), and the Court's equitable powers, due to BulkApparel.com's willful and bad-faith misconduct.

### D. Equitable Relief

Requiring BulkApparel.com to issue corrective advertising, in a form and manner approved by the Court, to remedy the false and misleading impressions created by its unlawful conduct;

Ordering BulkApparel.com to provide Jiffy with a full and verified accounting of all revenues, profits, and benefits derived from its false advertising and unfair competition; and

Awarding pre-judgment and post-judgment interest as permitted by law.

### E. Other Relief

Granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: August 8, 2025                         Respectfully submitted,

/s/      David B. Cupar
McDONALD HOPKINS
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Email: dcupar@mcdonaldhopkins.com

*Attorney for Plaintiff JiffyShirts.com (US) LP*

27