**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| JIFFYSHIRTS.COM, (US) LP, | : |
| | : CASE NO.: 1:25-cv-01660 |
| Plaintiff, | : |
| | : JUDGE DONALD C. NUGENT |
| v. | : |
| | : |
| | : |
| SHIRTWHOLESALER.COM, INC. d/b/a | : |
| BULKAPPAREL.COM, | : |
| | : |
| Defendant. | : |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff Jiffyshirts.com, (US) LP respectfully moves the Court for an extension of time for Defendant Shirtwholesaler.com, Inc. d/b/a Bulkapparel.com to respond to the Complaint. If granted, this extension would move the current deadline from August 29, 2025, to October 10, 2025.

This motion is submitted for the benefit of Defendant to allow the parties additional time to continue their ongoing settlement discussions and to facilitate a potential resolution of this matter without the need for further litigation. The parties are actively engaged in good faith negotiations and believe that this extension will promote judicial economy and conserve the resources of both the Court and the parties.

This request is not made for the purpose of delay or for any improper reason. Both parties consent to the requested extension, and no party will be prejudiced by the granting of this motion. Furthermore, the requested extension will not affect any other deadlines or dates set in this case.

36800261.1

      A proposed Order granting this motion is attached as Exhibit A.

DATED: September 12, 2025        Respectfully submitted,

*/s/ David B. Cupar*
McDONALD HOPKINS
600 Superior Avenue East, Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Email: dcupar@mcdonaldhopkins.com

*Attorney for Plaintiff JiffyShirts.com (US) LP*

36800261.1